IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **23-61657-pmb** |
| | * | |
| **Amber Nanci Taylor,** | * | |
| | * | CHAPTER:  **7** |
| | * | |
| | * | |
| Debtor | * | |
| | * | |
| **Amber Nanci Taylor,** | * | |
| | * | |
| | * | |
| MOVANT, | * | |
| VS. | * | |
| **Evergreen Bank** | * | **Civil Action File No.** |
| | * | **22J05497** |
| RESPONDENT. | * | |

## MOTION TO AVOID JUDICIAL LIEN

COMES NOW, Debtor, **Amber Nanci Taylor**, and through counsel moves for an order avoiding a lien held by Respondent pursuant to 11 U.S.C. Section 522(f) and alleges the following:

1.

Respondent obtained a judgment against the Debtor on or about 2022 in the **Magistrate Court of Cobb County - Georgia**, and the amount of that judgment lien on the petition date was $**14,388.00**.

2.

Pursuant to 11 U.S.C. Section 522 and O.C.G.A. 44-13-100, Debtor properly claimed as exempt on Schedule C, including all allowed amendments to schedule C, the following property:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Amber** First Name | **Nanci** Middle Name | **Taylor** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number (if known): 23-61657-pmb

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **2021 Harley Davidson Vehicle was taken by ex-significant other and debtor has no knowledge of model or mileage.**  Line from *Schedule A/B*: **3.1** | $0.00 | ■ $5,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **2 BR, LR, Kitchen Furnishings, W/D**  Line from *Schedule A/B*: **6.1** | $3,500.00 | ■ $3,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **2 Cell Phone, 1 TV**  Line from *Schedule A/B*: **7.1** | $1,200.00 | ■ $1,200.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Clothes and Shoes**  Line from *Schedule A/B*: **11.1** | $600.00 | ■ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Clothes and Shoes**  Line from *Schedule A/B*: **11.1** | $600.00 | ■ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

| Debtor 1 | Amber Nanci Taylor | | Case number (if known) | 23-61657-pmb |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Real and Costume Jewelry**<br>Line from *Schedule A/B*: **12.1** | $50.00 | ■ | $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| **1 Dog**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ■ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Checking: Navy Federal CU**<br>Line from *Schedule A/B*: **17.1** | $12.00 | ■ | $12.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Online Account: Chime**<br>Line from *Schedule A/B*: **17.2** | $240.00 | ■ | $240.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Rental Security Deposit: Brittany Brown**<br>Line from *Schedule A/B*: **22.1** | $1,000.00 | ■ | $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Life Insurance through employer**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Medical Insurance through employer**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

3.

The value of each claimed exemption in the above property, as shown on Schedule C, is equal to or greater than the market value of that property, as accurately reflected on Schedules A and B.

4.

Debtor also owns 2021 Harley Davidson automobile, which has a value of **$0.00** and is subject to a purchase money lien of **$23,676.00**, leaving $**0.00** in equity, an amount equal to or less than the claimed exemption. Debtor is not attempting to avoid Respondent's lien against the vehicle because debtor asserts that, under Georgia Law, Respondent's F.I.F.A. does not attach to the vehicle – an issue which properly will be decided through the claims allowance process.

WHEREFORE, Debtor is entitled to entry of an Order avoiding Respondent's lien against the exempt property, as set forth above.

                Respectfully submitted
                CLARK & WASHINGTON, PC

                /s/_____
                Jason B. Lutz, GA Bar # 670673
                Attorneys for Debtor
                CLARK & WASHINGTON, PC
                3300 Northeast Expressway
                Building 3
                Atlanta, GA 30341
                (404) 522-2222
                Fax(770)220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **23-61657-pmb** |
| | * | |
| **Amber Nanci Taylor,** | * | |
| | * | CHAPTER: 7 |
| | * | |
| | * | |
| Debtor | * | |
| | * | |
| **Amber Nanci Taylor,** | * | |
| | * | |
| | * | |
| MOVANT, | * | |
| VS. | * | |
| **Evergreen Bank** | * | Civil Action File No. |
| | * | 22J05497 |
| RESPONDENT. | * | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO
AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that on January 29, 2024, a Motion to avoid a judicial lien on exempt property pursuant to 11 U.S.C. Section 522 was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b), the Respondent must file a response to the Motion within 21 days after service, and serve a copy of said response upon Movant.

If no response is timely filed and served, the motion will be denied unopposed and the Bankruptcy Court may enter an order granting the relief sought.

Date: 1/29/2024

Respectfully submitted
CLARK & WASHINGTON, LLC

/s/
Jason B. Lutz, GA Bar # 670673
CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **23-61657-pmb** |
| | * | |
| **Amber Nanci Taylor,** | * | |
| | * | CHAPTER: **7** |
| | * | |
| | * | |
| Debtor | * | |

## CERTIFICATE OF SERVICE

I the undersigned, hereby certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 29th day of January, 2024, I have served a copy of the "Motion To Avoid Judicial Lien on the Exempt Property, together with the Notice Of Requirement Of Response To Motion To Avoid Judicial Lien On Exempt Property and of Time to File Same upon:

**Michael J. Bargar- Chapter 7 Trustee**
Rountree Leitman Klein & Geer LLC
Century Plaza
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

**We served by Certified Mail**
**Recpt #: 9589 0710 5270 0746 2731 23**
**Evergreen Bank**
Darin Campbell - President & CEO
3842 W 95th Street
Evergreen Park, IL 60805

**Amber Taylor**
7002 Panda Road
Austell, GA 30168

**Evergreen Bank**
James A. Nadler
Aldridge Pite Haan, LLP
P.O.Box 7389
Marietta, GA 30065

Dated: 1/29/2024

/s/
Jason B. Lutz, GA Bar # 670673
Attorneys for Debtor
CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685