

**IT IS ORDERED as set forth below:**

**Date: February 22, 2024**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | |
| | CASE NUMBER |
| **AMBER NANCI TAYLOR**, | **23-61657-PMB** |
| Debtor. | |
| **AMBER NANCI TAYLOR**, | |
| | CONTESTED MATTER |
| Movant, | |
| v. | |
| | CHAPTER 7 |
| **EVERGREEN BANK,** | |
| Respondent. | |

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN

On January 29, 2024, the above-named Movant moved (Docket No. 18)(the "Motion") pursuant to 11 U.S.C. § 522(f) and Federal Rule of Bankruptcy Procedure 4003(d) for an order avoiding a judicial lien held by the Respondent against property of the Movant claimed as exempt. Counsel for the Movant certified that the Motion and the Notice of the Motion required by

Bankruptcy Local Rule ("BLR") 6008-1 (the "Notice") were served on the Respondent in accordance with Federal Rule of Bankruptcy Procedure 9014. Because the Respondent has not filed a response or otherwise indicated any opposition to the Motion in accordance with BLR 6008-1(b), the Motion is deemed to be unopposed under BLR 6008-1(b).

In light of the foregoing, and after review of the Motion and the Docket in this matter, it is hereby

**ORDERED** that the Motion be, and hereby is, **GRANTED** under 11 U.S.C. § 522(f) as follows: the judicial lien held by the Respondent upon property claimed as exempt by the Movant is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b), subject to 11 U.S.C. §§ 349 and 522(c) in the event of dismissal of this case.

The Clerk is directed to serve a copy of this Order upon Movant, counsel for Movant, Respondent (at all addresses that the Notice and the Motion were served), and the Chapter 7 Trustee.

**[END OF DOCUMENT]**